# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RUTH EBNER-CUPPLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07-CV-1622 CAS |
| UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 18th day of October, 2007.